People v Wright (2024 NY Slip Op 05358)

People v Wright

2024 NY Slip Op 05358

Decided on October 30, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 30, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2019-12933
 (Ind. No. 9540/06)

[*1]The People of the State of New York, respondent,
v
William Wright, appellant.

Patricia Pazner, New York, NY (Alexis A. Ascher of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Morgan J. Dennehy of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a resentence of the Supreme Court, Kings County (Dena E. Douglas, J.), imposed October 10, 2019, upon the granting of that branch of his motion which was pursuant to CPL 440.20 to set aside a sentence of the same court (Neil John Firetog, J.) imposed April 7, 2008, upon his convictions of manslaughter in the first degree, assault in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict.
ORDERED that the resentence is affirmed.
The resentence imposed was not excessive (see People v Suitte , 90 AD2d 80).
BRATHWAITE NELSON, J.P., CHAMBERS, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court